UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY LEFFEW,

    Plaintiff,

-vs-

FORD MOTOR COMPANY, a Delaware
corporation, UNICARE LIFE AND HEALTH
INSURANCE PLAN, a Delaware corporation,
and FORD NATIONAL RETIREMENT PLAN,
an employee pension plan,

    Defendants.

Case No: 06-12202

HON.  ROBERT H. CLELAND
Mag. Paul J. Komives

_____

JOHN JOSEPH CONWAY (P56659)
Attorney for Plaintiff
645 Griswold, Suite 3600
Detroit, MI 48226
(313) 961-6525

STEPHEN L. WITENOFF (P29815)
Attorney for Defendant **UNICARE**
400 Galleria Officentre, Suite 550
Southfield, MI 48034
(248) 353-4450

K. SCOTT HAMILTON (P44095)
SHERRY D. O'NEAL (P62288)
Attorneys for Defendants **FORD MOTOR**
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500

_____

**STATEMENT OF NO PROCEDURAL CHALLENGE IN ERISA CASE
BY DEFENDANT UNICARE LIFE AND HEALTH INSURANCE PLAN**

## STATEMENT OF NO PROCEDURAL CHALLENGE IN ERISA CASE
## BY DEFENDANT UNICARE LIFE AND HEALTH INSURANCE PLAN

NOW COMES the Defendant, UNICARE LIFE AND HEALTH INSURANCE PLAN, by and through its attorneys, Thomas, DeGrood & Witenoff, P.C., and hereby states that it does not view Plaintiff's Complaint as asserting a procedural challenge to the administrator's decision.

          **THOMAS, DeGROOD & WITENOFF, P.C.**

By:    s/ Stephen L. Witenoff
       Attorney for Defendant **UNICARE**
       400 Galleria Officentre, Suite 550
       Southfield, Michigan 48034
       (248) 353-4450
       tdwh@aol.com
       P29815

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2006, Sheila Bodenbach did electronically file Defendant UniCare Life and Health Insurance Company's Statement of No Procedural Challenge in ERISA Case with the Clerk of the Court using the ECF system which will send notification of such filing to the following attorneys:

**John Joseph Conway**
johnjconwaypc@aol.com

**Sherry D. O'Neal**
soneal@dickinsonwright.com


          **THOMAS, DeGROOD & WITENOFF, P.C.**

By:    s/ Stephen L. Witenoff
       Attorney for Defendant **UNICARE**
       400 Galleria Officentre, Suite 550
       Southfield, Michigan 48034
       (248) 353-4450
       tdwh@aol.com
       P29815