UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY LEFFEW,

        Plaintiff,

-vs-

FORD MOTOR COMPANY, a Delaware
Corporation, UNICARE LIFE AND HEALTH
INSURANCE PLAN, a Delaware Corporation,
and FORD NATIONAL RETIREMENT PLAN,
an employee pension plan,

        Defendants.

Case No. 2:06cv12202

Hon. Robert H. Cleland

Referral Judge: Paul J. Komives

_____

| | |
|---|---|
| K. Scott Hamilton (P44095)<br>Sherry D. O'Neal (P62288)<br>DICKINSON WRIGHT PLLC<br>Attorneys for Defendants Ford Motor Co.<br>and Ford National Retirement Plan<br>500 Woodward Avenue – Suite 4000<br>Detroit, MI 48226<br>(313) 223-3500 | John Joseph Conway (P56659)<br>JOHN J. CONWAY, PC<br>Attorney for Plaintiff<br>645 Griswold<br>Suite 3600<br>Detroit, MI 48226<br>(313) 961-6525 |

Stephen L. Witenoff (P29815)
Attorney for Defendant UNICARE
400 Galleria Officenter, Suite 550
Southfield, Michigan 48034
(248) 353-4450

_____

**DEFENDANT FORD MOTOR COMPANY'S AND DEFENDANT FORD NATIONAL
RETIREMENT PLAN'S STATEMENT OF NO PROCEDURAL CHALLENGE**

      Defendants Ford Motor Company and Ford National Retirement Plan (hereinafter

"Defendants"), by their attorneys Dickinson Wright PLLC, hereby submit that Plaintiff has

2

raised no procedural challenge to date. Further, as no procedural challenge has been raised by the parties, Defendants submit that no discovery, aside from that required by the guidelines set forth in <u>Wilkins v Baptist Healthcare System, Inc</u>., 150 F.3d 609, 619, (6th Cir. 1998), is required or warranted.

|  |  |
|---|---|
|  | Respectfully submitted,<br>DICKINSON WRIGHT PLLC<br>By: /s/Sherry D. O'Neal<br>     Maurice G. Jenkins (P33083)<br>     K. Scott Hamilton (P44095)<br>     Sherry D. O'Neal (P62288)<br>Attorneys for Ford Motor Company<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 48226-3425<br>(313) 223-3500 |
| Dated:  September 20, 2006 | SONeal@DickinsonWright.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/Sherry D. O'Neal
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI  48226-3425
Phone:  (313) 223-3500
E-mail:  soneal@dickinsonwright.com
P-62288

DETROIT 18260-2456 956089v1